IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REBECCA A. HUGHES,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV# 06-997-KI

ORDER GRANTING STIPULATED
EAJA FEES AND EXPENSES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3245.75 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $23.64 in expenses pursuant to 28 U.S.C. §§ 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this 10th day of Dec, 2007

_____
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff